■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CLINE, Appellant.— Motion granted to prosecute appeal on original papers, five typewritten briefs, Philip D. O'Donnell, Esq., of Herkimer assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include March 1961 Term.

■ In the Matter of the Arbitration between ANGELO P. MOLE, as Administrator, Appellant, and QUEEN INSURANCE COMPANY OF AMERICA, Respondent.— Motion granted and order dismissing appeal vacated on condition that records and briefs are filed and served on or before March 1, 1961. Respondent's brief must be filed on or before March 16 if appeal is to be argued at March 1961 Term.

■ CONNECTICUT GENERAL LIFE INSURANCE Co., Respondent, v. BERMAR THEATRE, INC., Appellant, et al., Defendants.— Motion to dismiss appeal denied.

■ PAUL DOOLEY, Doing Business as DOOLEY PROVISION Co., Appellant, v. THOMAS ANTON et al., Respondents.— Motion to have appeal placed on calendar for February 1961 Term denied.

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General, Respondent, v. HELEN CRASKA, Also Known as HELEN DAVIS, Petitioner.— Application for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. HORN-BECK, JR., Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Reargument of motion to prosecute appeal on original papers and typewritten briefs, from order entered March 16, 1960, granted on court's own motion, and the Attorney-General having in effect withdrawn his prior opposition to the motion, on reargument, motion granted.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR FRAZIER, Relator, v. ALBERT W. SKINNER, as Sheriff of the County of Monroe, Respondent.— Motion granted to prosecute appeal on original record, five typewritten briefs, Frederick Thompson, Esq., assigned as counsel to conduct appeal, time for argument of appeal enlarged to include March 1961 Term, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND KIMBROUGH, Appellant.— Motion to dismiss appeal denied. Appellant granted permission to prosecute appeal on certified copy of judgment roll, five typewritten copies of brief, David M. Coffey, Esq., of Buffalo, assigned as counsel to conduct the appeal, and time for argument of appeal enlarged to include May 1961 Term on condition that appellant's brief is filed and served on or before April 12, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Motion granted to extent that for argument of appeal enlarged to include March 1961 Term on condition that appellant's brief is filed and served on or before March 6, 1961. Respondent directed to file by March 16, 1961.